UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                                                               :
GONZALES,                                                      :
                                                               :
                                    Plaintiff,                 :     **ORDER CLOSING THE CASE**
                                                               :
            -against-                                          :     22 Civ. 8955 (AKH)
                                                               :
SAKURA GROUP, YUGEN KAISHA ET AL.,                             :
                                                               :
                                                               :
                                    Defendants.                :
                                                               :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The case is dismissed. *See* ECF No. 21. The Clerk shall terminate ECF No. 19 and mark

the case closed.

        SO ORDERED.

Dated:        March 27, 2026
              New York, New York              ALVIN K. HELLERSTEIN
                                             United States District Judge